# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ROBERT JAMES DAVIS,**

    **Petitioner,**

**v.**                                                                    **Case No. 1:24-cv-109-AW-ZCB**

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's report and recommendation (ECF No. 18), to which there has been no objection. I now adopt the report and recommendation and incorporate it into this order.

The motion to dismiss (ECF No. 13) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on January 9, 2025.

                                                    s/ *Allen Winsor*
                                                    United States District Judge